IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

WATTS TRUCKING SERVICE, INC., )
    Plaintiff, )
)
v. ) Case No. 24-cv-3210
)
CM VANTAGE SPECIALTY )
INSURANCE COMPANY, )
    Defendant. )

## ORDER

**COLLEEN R. LAWLESS, United States District Judge:**

Before the Court is U.S. Magistrate Judge Doug Quivey's Report and Recommendation (Doc. 39) under Rule 72(a) recommending that Plaintiff Watts Trucking Service Inc.'s Second Motion to Compel Appraisal (Doc. 35) be denied. For the reasons that follow, the Court Adopts the Report and Recommendation.

A party may file written objections to the report and recommendation within 14 days. Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C). This Court reviews de novo "any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). Any unobjected portions of the report and recommendation are reviewed for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Because neither party has filed objections, the Court reviews the Report and Recommendation for clear error.

As stated in the Report and Recommendation, the Court previously granted Plaintiff's Motion to Compel Appraisal and appointed John C. Robinson to serve as a neutral umpire over the appraisal. The appraisal has not yet been conducted because the Parties disagree over the scope of the appraisal relating to the dates of the claimed damage. The Court agrees with the magistrate judge that the relevant time period for Watts Trucking's "date of loss" is June 23-24, 2023, as Watts Trucking reported in its statement of loss, and not the entire policy period.

Upon carefully reviewing the Report and Recommendation and the entire record, the Court concludes that the magistrate judge committed no error. The Court adopts as its own the findings and analysis of Judge Quivey in his February 26, 2026 Report and Recommendation. The Court ADOPTS the Report and Recommendation (Doc. 39) and DENIES Plaintiff's Second Motion to Compel Appraisal (Doc. 35).

ENTER: March 13, 2026

_____
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE